DANIEL G. BOGDEN
United States Attorney
District of Nevada
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WAYNE N. HAGE, Executor of the ESTATE OF E. WAYNE HAGE, AND WAYNE N. HAGE, Individually, <br><br> Defendants. | Case No. 2:07-cv-01154-RCJ-LRL |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Bruce K. Trauben to practice before this Court in all matters relating to the above-captioned case.

Bruce K. Trauben is a trial attorney with the United States Department of Justice, and is a member in good standing of the bars of Pennsylvania (No. 64690), the District of Columbia (No. 436666), and Maryland.  Mr. Trauben also is admitted to practice in the U.S. District Courts for the Districts of Maryland, Nebraska and the W.D. of Michigan, the U.S. Court of Federal Claims, the U.S. Court of Appeals for the Seventh Circuit, and the U.S. Supreme Court.

1  Mr. Trauben will appear in addition to, and not in lieu of, counsel presently appearing on

2  behalf of the United States in this case.

3  The following contact information is provided to the Court:

4  Bruce K. Trauben
U.S. Department of Justice
5  Environment & Natural Resources Div.
Natural Resources Section
6  P.O. Box 663
Washington, D.C. 20044-0663
7  (202) 305-0238    Fax (202) 305-0506
*Bruce.Trauben@usdoj.gov*

8

9  Accordingly, the United States respectfully requests that an order be issued allowing

Bruce K. Trauben to practice before this honorable Court.
10
DATED: this 3rd day of February 2011.
11
Respectfully submitted,
12
DANIEL G. BOGDEN
13  United States Attorney

14  */s/ Blaine Welsh*
BLAINE T. WELSH
15  Assistant United States Attorney

16

17

18  IT IS SO ORDERED:

19  [signature]

20  _____
UNITED STATES MAGISTRATE JUDGE
21  DATED:  2-10-11

22

23

24

25

2

**CERTIFICATE OF SERVICE**

I, Blaine T. Welsh, AUSA, certify the following individuals were served with a copy of the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the following identified method of service:

**Electronic Case Filing**:

    Jack W. Hoffman
    Hoffman, Test, Guinan & Collier
    429 W. Plumb Lane
    P.O. Box 187
    Reno, Nevada 89504
    *office@htag.reno.nv.us*

    Mark L. Pollot, Esq.
    6103 South Settlement Way
    Boise, Idaho 83716
    *mpollot1@clear.net*

**U.S. Mail**:

    Wayne N. Hage
    P.O. Box 513
    Tonopah, Nevada 89049

DATED: this 3rd day of February 2011.

                                    */s/ Blaine Welsh*
                                    BLAINE T. WELSH
                                    Assistant United States Attorney