FILED _____ RECEIVED _____
ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

FEB 2 5 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>WAYNE N. HAGE, Executor of the ESTATE OF WAYNE HAGE, and WAYNE N. HAGE, Individually,<br><br>Defendants. | Case No. 2:07-cv-1154-RCJ-LRL<br><br>**ORDER** |

Currently before the Court is a Joint Motion to Continue Trial Date and Calendar Call and to Move the Trial Location to Reno, Nevada (#212) filed on January 28, 2011. The Court, having reviewed the joint motion, and good cause appearing, GRANTS the motion.

IT IS HEREBY ORDERED this case is scheduled for trial on the stacked calender of June 14, 2011, at 8:30 a.m. in Reno Courtroom 6 before Judge Robert C. Jones. Calendar call is schedule for June 6, 2011, at 8:30 a.m. in Reno Courtroom 6 before Judge Robert C. Jones.

IT IS FURTHER ORDERED that the trial location is moved from Las Vegas, Nevada, to Reno, Nevada.

Dated: This 24th day of February, 2011.

_____
UNITED STATES DISTRICT JUDGE