DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>WAYNE N. HAGE, Executor of the<br>ESTATES OF E. WAYNE HAGE,<br>AND WAYNE N. HAGE, Individually,<br><br>            Defendants. | Case No. 2:07-cv-01154-RCJ-VCF |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Anna K. Stimmel to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Stimmel is an attorney with the United States Department of Justice Environmental Division, an agency of the federal government.  Ms. Stimmel is a member in good standing of the State Bars of New York (No. 4866232) and North Carolina (No. 37770).

The following contact information is provided to the Court:

> Anna K. Stimmel
> Trial Attorney
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 663
> Washington, D.C. 20044
> Phone: 202-305-3895
> Fax: 202-305-0506
> Email: anna.stimmel@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Anna K. Stimmel to practice before this honorable Court in matters relating to this case only.

DATED this 1st day of November 2011.

    Respectfully submitted,

    DANIEL G. BOGDEN
    United States Attorney

    */s/ Blaine Welsh*
    BLAINE T. WELSH
    Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: 11-3-11

2

**CERTIFICATE OF SERVICE**

I, Blaine T. Welsh, AUSA, certify the following individuals were served with a copy of the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the following identified method of service:

**Electronic Case Filing**:

>Jack W. Hoffman
>Hoffman, Test, Guinan & Collier
>429 W. Plumb Lane
>P.O. Box 187
>Reno, Nevada 89504
>*office@htag.reno.nv.us*

>Mark L. Pollot, Esq.
>6103 South Settlement Way
>Boise, Idaho 83716
>*mpollot1@clear.net*

**U.S. Mail**:

>Wayne N. Hage
>P.O. Box 513
>Tonopah, Nevada 89049

DATED this 1st day of November 2011.

>    */s/ Blaine Welsh*
>BLAINE T. WELSH
>Assistant United States Attorney

3