# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | 2:07-cv-01154-RCJ-VCF |
| vs. | ) | |
| | ) | |
| ESTATE OF E. WAYNE HAGE et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

This case arises out of alleged trespassing of private cattle on federal land. The Court conducted a bench trial between March and June 2012. The Government has asked the Court to clarify its comments from the bench at the conclusion of trial. Specifically, the Government asks the Court whether it intended its comments regarding injunctions to be an immediately effective speaking order, or whether the Government should anticipate a further written order based upon the Court's comments that it would await briefing and the Court's solicitation of suggested language. The Court clarifies that it intends to issue a written findings of fact, conclusions of law, and injunction only after receiving final briefing by the parties. The Court did not intend for its comments to constitute an immediately effective speaking order.

///

///

///

**CONCLUSION**

IT IS HEREBY ORDERED that the Motion for Clarification (ECF No. 340) is GRANTED.

IT IS FURTHER ORDERED that the parties shall have twenty-eight (28) days from the entry of this Order to the electronic docket to file briefs addressing the claims at issue and proposing language for the Court's final order.  The briefs shall not exceed fifty (50) pages in length.  No responses or supplementation will be permitted.

IT IS SO ORDERED.

Dated this 26th day of July, 2012.

_____
ROBERT C. JONES
United States District Judge