IGNACIA S. MORENO
Assistant Attorney General
STEPHEN G. BARTELL, Trial Attorney
BRUCE K. TRAUBEN, Trial Attorney
ANNA K. STIMMEL, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663, Washington, D.C. 20044
Telephone: (202) 305-0234, (202) 305-0238, (202) 305-3895
Facsimile: (202) 305-0506
Email: Stephen.Bartell@usdoj.gov
       Bruce.Trauben@usdoj.gov
       Anna.Stimmel@usdoj.gov

DANIEL G. BOGDEN
United States Attorney
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6787
Email: Blaine.Welsh@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WAYNE N. HAGE, Executor of the ESTATE OF E. WAYNE HAGE, AND WAYNE N. HAGE, Individually<br><br>　　　　　Defendants. | Case No. 2:07-cv-01154-RCJ-LRL<br><br>ORDER<br>TO PERMIT APPEARANCE OF<br>GOVERNMENT COUNSEL *PRO HAC VICE* |

The United States of America, Plaintiff, pursuant to LR IA 10-3, respectfully requests that the Court permit Charles R. Shockey to practice before this Court in all matters relating to the above-captioned case. Mr. Shockey is a trial attorney with the United States Department of Justice, with his office located in Sacramento, California, and is a member in good standing of the District of Columbia Bar (Bar No. 914879). The grounds for this motion and special show cause to enter an appearance in this case are as follows.

1.   The "conduct of litigation in which the United States, an agency, or officer thereof is a party, or is interested, and securing evidence therefor, is reserved to officers of the Department of Justice, under the direction of the Attorney General." 28 U.S.C. § 516. In addition, pursuant to 28 U.S.C. § 515(a), the Attorney General or any other officer of the Department of Justice is authorized to conduct any kind of legal proceeding, civil or criminal, which United States Attorneys are authorized to conduct, "whether or not he is a resident of the district in which the proceeding is brought." Further, any officer of the Department of Justice may be sent by the Attorney General to any judicial district in the United States "to attend to the interests of the United States in a suit pending in a court of the United States, . . . or to attend to any other interest of the United States." 28 U.S.C § 517.

2.   Pursuant to these statutory authorities, the Attorney General has delegated litigation authority to the Assistant Attorney General for the Environment and Natural Resources Division (ENRD), 28 C.F.R., Subpart L, including the assignment of civil suits and matters in federal courts by the United States relating to the public domain lands. 28 C.F.R. § .065(a)(1). The ENRD also has assigned responsibility for handling cases involving other lands and interests in real property, water and air resources, and "other natural resources in or related to such lands, water, and air, . . ." 28 C.F.R. 0.65(a)(2)-(4). The United States Attorney's Manual (USAM) assigns responsibility to the ENRD's Natural Resources Section (previously known as the General Litigation Section) for handling litigation involving federal land management under those statutes in which the Bureau of Land Management and U.S. Forest Service administer lands and natural resources under their jurisdiction. USAM 5-7.120(C).

3.   While these statutory and legal authorities ordinarily establish the basis for an ENRD attorney to appear on behalf of the United States, on June 6, 2012, this Court gave notice to the First Assistant U.S. Attorney for the United States Attorney's Office for the District of Nevada that the Court "will no longer grant *pro hac* recognition to Washington D.C. Justice Attorneys without a special show cause that they will comply with court orders, local ethical rules and the rules of the State Bar of Nevada." ECF # 336 at 2 (Minutes of Court). In light to that notice, the United States

1  attaches the Declaration of Charles R. Shockey, which attests that Mr. Shockey will comply with
2  court orders, local ethical rules, and the rules of the State Bar of Nevada.
3      Accordingly, the United States respectfully requests that an order be issued at the earliest
4  opportunity allowing Charles R. Shockey to practice before this Court. Mr. Shockey will appear in
5  addition to, and not in lieu of, counsel presently appearing on behalf of the United States in this case.
6      Respectfully submitted this 20th day of August, 2012.

DANIEL G. BOGDEN
United States Attorney

/s/ BLAINE T. WELSH
BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar No. 4790
United States Attorney's Office
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336

IGNACIA S. MORENO
Assistant Attorney General

STEPHEN G. BARTELL, Trial Attorney
BRUCE K. TRAUBEN, Trial Attorney
ANNA K. STIMMEL, Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section, P.O. Box 663
Washington, D.C. 20044
Telephone: (202) 305-0234, (202) 305-0238

IT IS SO ORDERED:

Dated this 23rd day of August, 2012.

ROBERT C. JONES
United States Chief District Judge