1

2

3

4

5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

6  UNITED STATES OF AMERICA,                    )
                                                )
7                          Plaintiff,           )
          vs.                                   )        2:07-CV-1154-RCJ(VCF)
8                                               )
   WAYNE N. HAGE, *et al.*,                     )
9                                               )        **ORDER**
                         Defendants.            )
10 _____      )

11

12        Presently before the Court is Thomas Seley and Steven Williams Motion to Reconsider

13  Denial of Request for Continuance (ECF #368 & #369),  and Motion to Vacate Contempt Citation

14  and Show Cause Hearing as to Steven Williams (ECF #370) filed on August 23, 2012.

15        On June 21, 2012 the Court entered a Minute Order (ECF #337), notifying the respondents

16  of the order to show cause hearing, it appears that Thomas Seley and Steven Williams have received

17  proper notice.  Accordingly,

18        IT IS HEREBY ORDERED that the Motion to Reconsider Denial of Request for

19  Continuance (ECF #368 and 369) are DENIED.

20        IT IS FURTHER ORDERED that the Motion to Vacate Contempt Citation and Show Cause

21  Hearing as to Steven Williams (ECF #370) is DENIED.

22        IT IS SO ORDERED, this 23rd day of August, 2012.

23

24        _____
          ROBERT C. JONES
25        United States Chief District Judge