# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07-CV-1154-RCJ |
| Plaintiff, | |
| vs. | **MINUTE ORDER** |
| WAYNE N. HAGE, Executor of the ESTATE OF E. WAYNE HAGE, and WAYNE N. HAGE, Individually, | September 17, 2012 |
| Defendants. | |

**MINUTE ORDER IN CHAMBERS:**

IT IS HEREBY ORDERED that the Joint Motion for an Extension of Time (ECF #341); Defendant Estate's Motion for Extension of time to File Proposed Findings of Fact to Tuesday, September 11, 2012 (ECF #390) and Motion for Leave of the Court to File Amicus Brief in Support of Court's Finding of Facts and Conclusions of Law in Open Court (ECF #395) are GRANTED.

**IT IS SO ORDERED** this 17th day of September, 2012.

ROBERT C. JONES
United States Chief District Judge