# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WAYNE N. HAGE, Executor of the ESTATE OF E. WAYNE HAGE, and WAYNE N. HAGE, Individually,<br><br>　　　　Defendants. | Case No.: 2:07-CV-1154-RCJ<br><br>**MINUTE ORDER**<br><br>September 17, 2012 |

**MINUTE ORDER IN CHAMBERS:**

　　　IT IS HEREBY ORDERED that the Joint Motion for an Extension of Time (ECF #341); Defendant Estate's Motion for Extension of time to File Proposed Findings of Fact to Tuesday, September 11, 2012 (ECF #390) and Motion for Leave of the Court to File Amicus Brief in Support of Court's Finding of Facts and Conclusions of Law in Open Court (ECF #395) are GRANTED.

　　　**IT IS SO ORDERED** this 17th day of September, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ROBERT C. JONES
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Chief District Judge