FILED

UNITED STATES COURT OF APPEALS

SEP 29 2014

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-16974 |
| Plaintiff - Appellant, | D.C. No. 2:07-cv-01154-RCJ-VCF District of Nevada, Las Vegas |
| v. | |
| ESTATE OF E. WAYNE HAGE and WAYNE N. HAGE, | ORDER |
| Defendants - Appellees. | |

Before: Peter L. Shaw, Appellate Commissioner

Appellees' motion to file the instant motion under seal is granted.

Appellees' late joint unopposed motion for a third extension of time to file the answering brief is granted. The answering briefs are due November 18, 2014.

The optional reply brief is due within 14 days after service of the last-served answering brief.