**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

UNITED STATES OF AMERICA,

                        Plaintiff,

          vs.

ESTATE OF E. WAYNE HAGE, *et al.*,

                        Defendants.

Case No.: 2:07-cv-01154-GMN-EJY

**ORDER AMENDING, IN PART, ECF NO. 487**

On February 27, 2017, the Court entered judgment in favor of the United States and against Defendant Wayne N. Hage for grazing livestock on federally-owned public lands administered by the Forest Service and the Bureau of Land Management, without authorization and in violation of federal law. (*See generally* Order, ECF No. 487).  Among other things, the Court ordered Defendant Wayne N. Hage to pay the United States the total sum of $20,462.44, previously deposited with the Clerk of Court. (*See id.* 13:7–10).  On April 6, 2026, the Court requested information from Plaintiff on how the deposited funds should be allocated and to which United States department the funds should be made payable to. (*See* Minute Order, ECF No. 508).  Plaintiff filed a Notice providing the requested information. (*See generally* Notice, ECF No. 509).  The Court writes now to amend, in part, the February 27, 2017, Order to release the interest earned on the $20,462.44 deposited with the Clerk of Court and to direct payment to the appropriate department.

          Accordingly,

          **IT IS HEREBY ORDERED** that for his unauthorized grazing on federal land within the State of Nevada during the pendency of his appeal to the United States Supreme Court, Defendant Wayne N. Hage shall pay to the United States the total sum of $20,462.44

previously deposited with the Clerk of Court, as well as the interest earned on the deposited sum.

**IT IS FURTHER ORDERED** that the deposited funds as well as interest earned shall be sent to the United States Department of the Interior, Bureau of Land Management at the following address:

U.S. Department of the Interior - Regions 8 and 10
Bureau of Land Management
Care of: Charles Osborn - CMII
1340 Financial Blvd., Reno, NV 89502
(775) 861-6452 (O)
(775) 737-8703 (C)

**IT IS FURTHER ORDERED** that all other portions of the February 27, 2017, Order, (ECF No. 487), remain in effect.  This Order only amends the portion of the order discussed herein.

Dated this __21__ day of April, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court